UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 0 5 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

NOEL C. ALLEN, ET AL.,                §
                    Plaintiffs,       §
                                      §
v.                                    §      CIVIL ACTION NO. 96-30
                                      §
MICHAEL LEAL, ET AL.,                 §
                    Defendants.       §

## ORDER

Pending before the Court is the Motion for Summary Judgment (Document #88) filed by Defendants. Having considered the motion, the submissions on file, and the applicable law, the Court determines that the motion should be denied. The Court therefore

ORDERS that the Motion for Summary Judgment (Document #88) is DENIED.

SIGNED at Houston, Texas, on this ____4____ day of August, 1997.



_____
DAVID HITTNER
United States District Judge

1

108