

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

*United States Courts*
*Southern District of Texas*
*FILED*
*AUG - 5 1997 KD*
*Michael N. Milby, Clerk of Court*

| | |
|---|---|
| NOEL C. ALLEN, Individually § <br> and on behalf of the Estate of § <br> TRAVIS O'NEILL ALLEN, AND § <br> REBECCA O'NEILL ALLEN § <br> § <br> v. § <br> § <br> MICHAEL LEAL, CARLE UPSHAW § <br> DANIEL SHELOR, BELLAIRE POLICE § <br> DEPARTMENT AND CITY OF § <br> BELLAIRE, TEXAS § | C.A. NO. H-96-0030 |

### NOTICE OF INTERLOCUTORY APPEAL

Defendants, Michael Leal and Carle Upshaw, hereby give notice of their appeal of this Honorable Court's Order of August 4, 1997 denying them qualified immunity, through the Court's denial of their motion for summary judgment.

Respectfully submitted,



_____
WILLIAM S. HELFAND
SBOT: 09388250
ATTORNEY FOR DEFENDANTS

OF COUNSEL:

MAGENHEIM, BATEMAN, ROBINSON
 WROTENBERY & HELFAND
3600 One Houston Center
1221 McKinney
Houston, Texas 77010
(713) 609-7700
(713) 609-7777 (Fax)

109

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record by certified mail, return receipt requested, hand-delivery, and/or facsimile transmission, on this 4th day of August, 1997, as follows:

Blake Haynes                                                    **CM/RRR Nº P 559 738 445**
RICHARD HAYNES & ASSOCIATES
4300 Scotland
Houston, Texas 77007-7394

                                             _____
                                               WILLIAM S. HELFAND