COURTROOM MINUTES

JUDGE  David Hittner            PRESIDING

COURTROOM CLERK  E. Alexander

COURT REPORTER  H. Chester

LAW CLERK  C. Saunders

MORNING                AFTERNOON
SESSION 9:45-9:50      SESSION _____    DATE: 8/12/97

DOCKET ENTRY

(DH ) H-96-30                              (Rptr- Chester    )
       (PROCEEDINGS: Pretrial Conference                    )

  Noel C. Allen, et al          V.    Michael Leal, et al

     Appearances: For Plaintiff: Graydon Wilson/Blake Haynes

         For Defendant: William Helfand

   Final Pretrial Conference held.  Case is stayed pending

   resolution of interlocutory appeal.

Witnesses:

110